UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Xina Yang, | File No. 23-cv-1498 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Michael Segal, *Warden*, | |
| Respondent. | |

---

Petitioner Xina Yang ("Yang") commenced this action pro se by filing a petition for a writ of habeas corpus. Pet. [ECF No. 1]. The case is before the Court on a Report and Recommendation [ECF No. 5] issued by Magistrate Judge Elizabeth Cowan Wright. Magistrate Judge Wright recommends denying Yang's petition. R&R at 4. Yang filed objections to the Report and Recommendation. ECF No. 6. Respondent filed a response confirming its view that the Report and Recommendation "should be adopted in its entirety." ECF No. 7. Because Yang has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Wright's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Objection to the Report and Recommendation [ECF No. 6] is **OVERRULED**;

2. The Report and Recommendation [ECF No. 5] is **ACCEPTED** in full;

3. The action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 11, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court